-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ANTHONY FALSO,

        Plaintiff,

        -v-

The SALZMAN GROUP, INC.,

        Defendant.
_____

DECISION AND ORDER
06-CV-6412CJS

    Plaintiff has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has met the statutory requirements. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

    The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendant without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    IT IS SO ORDERED.

                                            DAVID G. LARIMER
                                            United States District Judge

DATED: August 21, 2006
            Rochester, New York